SOPHIA RUBINSTEIN, Respondent, v. ISIDORE RUBINSTEIN, Appellant.— Appeal by defendant from an order granting reargument and, on reargument, adhering to the original determination granting temporary alimony of $100 a week and $1,000 counsel fee. Order modified by reducing the temporary alimony to $35 a week and the counsel fee to $200, with leave to plaintiff to apply for additional counsel fee at the trial. As so modified, order affirmed, without costs. In view of the fact that the trial is set for May 2, 1955, the matter of alimony and counsel fee should be left to the trial court. Appeal by defendant from an order punishing him for contempt for failure to pay temporary alimony and counsel fee. Order reversed, without costs, and motion to punish for contempt denied, without costs. In view of the reduction of temporary alimony and counsel fee while the cause is awaiting imminent trial, this order is reversed. Wenzel, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ., concur.

■

ANTOINETTE SCEVOLA et al., Appellants, v. NEW YORK CITY HOUSING AUTHORITY, Respondent.— In an action to recover damages for personal injuries and for medical expenses and loss of services, plaintiffs appeal from an order granting a motion to open their default and to vacate the judgment of dismissal entered thereon, insofar as the order directs that the action be restored to the foot of the general calendar upon the filing of a new note of issue and the payment of a new calendar fee. Order affirmed, without costs. No opinion. Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ., concur.

## (May 4, 1955.)

■

ALFONSO DI CARPIO et al., Respondents, v. BABYLON MILK AND CREAM CO., INC., et al., Appellants.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. Motion for reargument denied, without costs, and without prejudice to the making, at Special Term, of a new motion for a preference, based on a showing of additional facts. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ. [See ante, p. 1084.]

## (May 9, 1955.)

■

HAROLD E. BURLEIGH, Respondent, v. ALLSTATE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ.

■

In the Matter of FLORA H. MAGRAW, Respondent. WILLIAM J. RAPP, Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. Motion to amend decision of April 4, 1955, denied, without costs. Present — MacCrate, Acting P. J., Schmidt, Beldock, Murphy and Ughetta, JJ. [See ante, p. 1055.]